**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**LIZA BEGAY,**

**Plaintiff,**

**v.** **Civil Action No.: 5:16-cv-00338-RH-GRJ**

**LBAM INVESTOR GROUP, LLC,**

**Defendant.**
______________________________/

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT LBAM INVESTOR GROUP, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, LBAM INVESTOR GROUP, LLC ("LBAM"), provides this Corporate Disclosure Statement, and states that LBAM is not a publicly traded company, and no publicly traded entity owns more than 10% of LBAM's stock.

Respectfully submitted this the 23rd day of December, 2016.

*/s/ Daniel E. Harrell*
**DANIEL E. HARRELL**
Florida Bar Number: 105222
dharrell@cphlaw.com
**CLARK PARTINGTON**
P.O. Box 13010
Pensacola, FL 32591-3010
Phone: (850) 434-9200
Fax: (850) 432-7340
Attorney for Defendant
LBAM INVESTOR GROUP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished electronically via the CM/ECF Filing System of the United States District Court for the Northern District of Florida to the following on this 23rd day of December, 2016.

| | |
|---|---|
| Marie A. Mattox, Esq.<br>Marie A. Mattox, P.A.<br>310 East Bradford Road<br>Tallahassee, FL 32303<br>marie@mattoxlaw.com | |

*/s/ Daniel E. Harrell*
DANIEL E. HARRELL